ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIAN E. CABRERA (CABN 152446)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
brian.cabrera@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-71541 NC |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS AND [PROPOSED] ORDER OF DISMISSAL |
| v. | |
| JUAN DANIEL RODRIGUEZ, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Northern District of California moves for leave of the Court to dismiss the Criminal Complaint in the above-captioned case without prejudice.

Respectfully submitted,

ALEX G. TSE
United States Attorney

Dated: December 7, 2018

/S/
BRIAN E. CABRERA
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 18-CR-71541 NC |
| Plaintiff, ) | [PROPOSED] ORDER OF DISMISSAL |
| v. ) | |
| JUAN DANIEL RODRIGUEZ, ) | |
| Defendant. ) | |

The Court grants the government leave to dismiss the Criminal Complaint without prejudice. Accordingly, the Criminal Complaint as to defendant Juan Daniel Rodriguez is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: Dec. 7, 2018

HON. NATHANAEL M. COUSINS
United States Magistrate Judge

UNITED STATES' MOTION TO DISMISS AND [PROPOSED] ORDER OF DISMISSAL
NO. 18-CR-71541 NC                2